COPY FOR JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ 03-21628-CIV-ALTO

SANTANA'S MARKET, INC.
d/b/a SANTANA'S MARKET

    Plaintiff

VS.

UNITED STATES OF AMERICA

    Defendant.

_____/

MAGISTRATE
BANDSTRA

**NIGHT BOX FILED**

JUN 16 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## COMPLAINT

1. This is an action by SANTANA'S MARKET, INC., Plaintiff, who is doing business as SANTANA'S MARKET, a retail grocery store, requesting judicial review of Defendant's administrative decision to wrongfully, permanently disqualify Plaintiff from participating in the Food Stamp Program.

2. This Court has jurisdiction of this action, pursuant to Title 7 U.S.C. §2023, 5 U.S.C. §703, and the Fifth and Fourteenth Amendments of the United States Constitution.

3. This Court has venue of this action in that the actions of the Defendant occurred within Dade County, Florida of the Southern District of Florida.

4. At all times herein mentioned, Plaintiff was a Florida Corporation, with a principle place of business in Miami, Dade County, Florida, and was doing business as a retail food store.

5. The United States of America is the Defendant, pursuant to the provisions of the Food

1

Stamp Act, specifically, Title 7 U.S.C. §2023 (a).

6. By letter from Mr. John Butler of the Defendant's Tallahassee Field Office dated January 8, 2003, Plaintiff was advised that the Defendant was wrongfully permanently disqualifying Plaintiff from participating in the Food Stamp Program (hereinafter sometimes referred to as "the Program"), effective ten days after Plaintiff's receipt of the letter.

7. Pursuant to United States Department of Agriculture, Food and Consumer Service (FCS) regulations, Plaintiff timely requested administrative review of the administrative decision wrongfully disqualifying the Plaintiff for allegedly trafficking in food stamp benefits, i.e., paying cash for food stamp benefits at discounted rates of exchange.

8. Thereafter, by letter dated on May 13, 2003, and received on May 19, 2003, Plaintiff was advised by Patrick A. Frank, Administrative Review Officer, Administrative Review Branch, United States Department of Agriculture, Food and Nutrition Service, of his decision to uphold the imposition of the wrongful, permanent disqualification of Plaintiff from participating in the Food Stamp Program.

9. Defendant agency's actions, as above alleged, are unlawful, arbitrary and capricious, and should be set aside, on the following grounds:

A. Defendant's action is in excess of statutory authority in that Defendant is charging Plaintiff with violations of regulations that unconstitutionally deprive the Plaintiff of its right to contract and to earn a livelihood, as well as its right to due process of law.

B. Defendant's acts are arbitrary, capricious, in bad faith and a denial of Plaintiff's rights to due process and equal protection under the law.

C. The assessment of the permanent disqualification by the Defendant is a denial of

Plaintiff's right to due process of law, in that there is no rational basis in the law for such actions.

D. The investigative procedures utilized by Defendant were conducted in an improper and procedurally deficient way. The Defendant agency utilized a flawed review of Plaintiff's sales to arbitrarily and based upon pure speculation, a conclusion that Plaintiff was trafficking in food stamp benefit permits, and the investigative techniques employed were below standard, unreliable and subject to error. There was no actual onsite investigation conducted and no actual exchange of cash for benefits ever occurred with the Defendant or its agents. Defendant is merely guessing that illegal activities occurred based upon review of sales figures from the Therefore, the investigation was legally inadequate to support the administrative action taken against the Plaintiff.

E. By reason of the facts hereinabove alleged, the rights of Plaintiff to due process and equal protection under the law have been and are being violated by the Defendant.

10. Plaintiff is presently involved in a retail business dealing with Food Stamp benefits and its permanent disqualification from the program will adversely affect persons in food stamp households and cause hardship to them because of the unavailability of other participating food stores in the area to meet their needs.

WHEREFORE, Plaintiff requests relief, as follows:

(1) An order that Defendant's assessment of a permanent disqualification of Plaintiff from participating in the Food Stamp Program, be set aside.

(2) For costs of suit herein.

(3) For reasonable attorney's fees.

(4) For such other relief as the Court may deem proper.

                                     Respectfully submitted,

                                     CEASE & BELL, P.L.L.C.

                                     */s/ Allan A. Cease*
                                     BY: Allan A. Cease
                                     Florida Bar ID No.: 217751
                                     2507 Williams Trace Blvd., Suite 103
                                     Sugar Land, Texas 77479
                                     Phone: (281) 980-0909
                                     Fax:(281) 980-1069
                                     Email: acease@houston.rr.com
                                     ATTORNEY-IN-CHARGE FOR PLAINTIFF

JS 44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

**I (a) PLAINTIFFS**

SANTANA'S MARKET, INC., d/b/a
SANTANA'S MARKET

**DEFENDANTS**

UNITED STATES OF AMERICA

03-21623 CIV-ALTONAGA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)

Dade County

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE BANDSTRA

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
ALLAN A. CEASE of CEASE & BELL, P.L.L.C.
2507 Williams Trace Blvd., Suite 103
Sugar Land, Texas 77479
(281) 980-0909

**ATTORNEYS (IF KNOWN)**
Marcos D. Jimenez
U.S. Attorney, Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- 4 Diversity (Indicates Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 |  |  |  |
| Citizen or Subject of a Foreign Country | 3 | 3 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Foreign Nation |  |  |  | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Title 7 U.S.C. §2023; Title 5 U.S.C. §703; 5th and 14th Amendments, U.S. Const.-Administrative Appeal de Novo.

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORT | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury— Product Liability | 625 Drug-Related Seizure of Prop. 21 USC 881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | **PERSONAL PROPERTY** | 640 R R & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced & Corrupt Organization |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 371 Truth in Lending | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran Bene | 350 Motor Vehicle | 380 Other Personal Property Damage | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodity/Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liab | | | 720 Labor/Mgmt Relations | 864 SSID Title XVI | 892 Econ. Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent, Lease & Eject | 443 Housing/Accommodations | 530 General | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determ. Equal Access/Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | 950 Const. of State Statute |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus and Other | | | 890 Other Statutory Actions |
| 290 All Other Real Prop | | 550 Other | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from another district
- 4 Reinstated or Reopened
- 5 Transferred from Appellate Court
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN** CHECK IF THIS IS A **CLASS ACTION COMPLAINT** **DEMAND $** Check YES only if demanded in complaint UNDER F R C P 23
JURY DEMAND: YES X NO

**VIII. RELATED CASE(S) IF ANY** (See instructions) JUDGE _____ DOCKET NO. _____

DATE June 16, 2003

SIGNATURE OF ATTORNEY OF RECORD

$150.00 884465
06/17/03

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

03-21628

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
CLARENCE MADDOX
SANTANA'S MARKET, INC., d/b/a
SANTANA'S MARKET

## DEFENDANTS
CIV-ALTONAGA
UNITED STATES OF AMERICA

MAGISTRATE
BANDSTRA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
Dade County

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
ALLAN A. CEASE of CEASE & BELL, P.L.L.C.
2507 Williams Trace Blvd., Suite 103
Sugar Land, Texas 77479
(281) 980-0909

ATTORNEYS (IF KNOWN)
Marcos D. Jimenez
U.S. Attorney, Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- X 2 U.S. Government Defendant
- 4 Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X1 | X1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | | | |
| Citizen or Subject of a Foreign Country | 3 | 3 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Foreign Nation | 6 | 6 | | | |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Title 7 U.S.C. §2023; Title 5 U.S.C. §703; 5th and 14th Amendments, U.S. Const.-Administrative Appeal de Novo.

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORT | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | X 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury— Product Liability | 625 Drug-Related Seizure of Prop 21 USC 881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R R & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced & Corrupt Organization |
| 152 Recovery of Defaulted Student Loans (Excl Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran Bene | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodity/ Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liab | | | 720 Labor/Mgmt Relations | 864 SSID Title XVI | 892 Econ Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U S Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent, Lease & Eject | 443 Housing/ Accommodations | 530 General | 791 Empl Ret Inc Security Act | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determ Equal Access/Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | 950 Const of State Statute |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus and Other | | | 890 Other Statutory Actions |
| 290 All Other Real Prop | | 550 Other | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- X1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from another district
- 4 Reinstated or Reopened
- 5 Transferred from from Magistrate Judgment
- 6 Multidistrict Litigation
- 7 Appeal to District Judge Appellate Court

## VII. REQUESTED IN
CHECK IF THIS IS A **CLASS ACTION COMPLAINT** UNDER F R C P 23
JURY DEMAND: YES  X NO

**DEMAND $**  Check YES only if demanded in complaint

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NO. _____

DATE June 16, 2003   SIGNATURE OF ATTORNEY OF RECORD